Form fnldecree

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Katherine Ann Burdette
      Debtor(s)

Case No.: 2:07−bk−20840
Chapter: 7
Judge: Ronald G. Pearson

## FINAL DECREE CLOSING CASE

    The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

(1)    The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled;

(2)    The chapter 7 case of the above named debtor(s) is closed.

Entered: 1/9/08

                                              By the Court
                                              Ronald G. Pearson

                                              United States Bankruptcy Judge